JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 455 -- IN RE LITIGATION INVOLVING DAVID N. BUBAR

| Date | Ref. | Pleading Description |
|---|---|---|
| 81/01/05 | 1 | PETITION TO TAKE JURISDICTION OVER LITIGATION, SCH. OF CASES, CERT. OF SVC. -- David N. Bubar. Suggested transferee district: Suggested transferee judge:                       (ea) |
| 81/04/16 | | ORDER ADMIISTRATIVELY CLOSING DOCKET -- Notified involved parties.          (ea) |

JPML Form 1

Revised: 8/78

DOCKET NO. 455 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: _____

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 4/16/81 | MO administrative order closing docket | | | | |

Special Transferee Information

DATE CLOSED: 4/16/81

LISTING OF INVOLVED ACTIONS

JPML FORM 1

DOCKET NO. 455 -- IN RE LITIGATION INVOLVING DAVID N. BUBAR

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | United States of America v. David N. Bubar | D. Conn. | N-75-59 | | | | 4/16/81 |
| A-2 | David N. Bubar v. United States Dept. of Justice, et al. | D.C. Flannery | 80-2653 | | | | 4/16/81 |
| A-3 | David N. Bubar v. Federal Bureau of Investigation, et al. | D.C. Flannery | 80-2907 | | | | 4/16/81 |
| A-4 | David N. Bubar v. Theresa Wiley, et al. | D.C. | 80-3232 | | | | 4/16/81 |
| A-5 | David N. Bubar v. United States Dept. of Justice, et al. | D.C. | 80-3236 | | | | 4/16/81 |
| A-6 | Rev. David N. Bubar v. United States Department of Justice, et al. | N.D.Ga. Evans | C80-2189A | | | | 4/16/81 |
| A-7 | David N. Bubar v. W. R. Nelson | U.S.C.A. 2nd Cir. | 79-2253 | | | | 4/16/81 |