DOCKET NO. 455

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE LITIGATION INVOLVING DAVID N. BUBAR

ORDER ADMINISTRATIVELY CLOSING DOCKET

Inasmuch as the movant has not supplemented the original papers in this docket to fully comply with the Panel Rules,

IT IS ORDERED that the docket be and the same hereby is administratively CLOSED. This closing does not preclude reopening of the docket by full compliance with the Panel Rules by the movant.

FOR THE PANEL:

Patricia D. Howard
Clerk of the Panel

DISTRICT OF CONNECTICUT

| | |
|---|---|
| United States of America v. David N. Bubar | Civil Action No. N-75-59 |

DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| David N. Bubar v. United States Department of Justice, et al. | Civil Action No. 80-2653 |
| David N. Bubar v. Federal Bureau of Investigation, et al. | Civil Action No. 80-2907 |
| David N. Bubar v. Theresa Wiley, et al. | Civil Action No. 80-3232 |
| David N. Bubar v. United States Department of Justice, et al. | Civil Action No. 80-3236 |

NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Rev. David N. Bubar v. United States Department of Justice, et al. | Civil Action No. C80-2189A |

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

| | |
|---|---|
| David N. Bubar v. W. R. Nelson | Civil Action No. 79-2253 |